No. 661. VORIS, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, *v.* EIKEL ET AL., DOING BUSINESS AS SOUTHERN STEVEDORING & CONTRACTING CO., ET AL. C. A. 5th Cir. Certiorari granted. *Acting Solicitor General Stern* for petitioner. *John R. Brown* for respondents.

No. 691. FEDERAL POWER COMMISSION *v.* NIAGARA MOHAWK POWER CORP. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Acting Solicitor General Stern* for petitioner. *John W. Davis, Randall J. LeBoeuf, Jr., Lauman Martin* and *Taggart Whipple* for respondent.

No. 703. HOWELL CHEVROLET CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari granted. *Frederick A. Potruch* for petitioner. *Acting Solicitor General Stern* and *George J. Bott* filed a memorandum stating that respondent does not oppose the granting of a writ of certiorari.

No. 570. SULLIVAN ET AL. *v.* CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Kenyon C. Keller* for petitioners. *Edmund G. Brown,* Attorney General of California, *Frank W. Richards,* Assistant Attorney General, and *William E. James,* Deputy Attorney General, for respondent.

No. 643. SCARLETT *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *R. Palmer Ingram* for